**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Cedric A. LOVEJOY, Defendant–
Appellant.**

**No. 15–2935.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 10, 2016.

Filed: March 15, 2016.

Brady Alexander Musgrave, Jones & Musgrave, Springfield, MO, for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Cedric A. Lovejoy directly appeals the sentence imposed by the district court[1] after he pleaded guilty to sexual exploitation of a child. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

the sentence was unreasonable. We conclude that Lovejoy's appeal waiver should be enforced and prevents consideration of his claim. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir.2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal.

According, we dismiss the appeal and we grant counsel's motion to withdraw.